1014

[No. 40509-1-II. Division Two. April 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL TODD
HINKKANEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 09-1-00337-2, Richard L. Brosey, J., entered
March 17, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-
Brintnall, J.

[No. 40704-3-II. Division Two. April 19, 2011.]

*In the Matter of the Marriage of* JAMES DAVID NESMITH,
*Respondent*, and MADISON NICOLE NESMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 09-3-01558-6, John P. Wulle, J., entered April 9,
2010. *Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Van Deren, J., concurred in by
Penoyar, C.J., and Quinn-Brintnall, J.

[No. 29017-4-III. Division Three. April 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO L.
AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 07-1-00437-5, Donald W. Schacht, J.,
entered April 12, 2010. *Affirmed* by unpublished opinion per
Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 29165-1-III. Division Three. April 19, 2011.]

JASON YOUKER, *Appellant*, v. DOUGLAS COUNTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 09-2-00228-0, John M. Antosz, J. Pro Tem.,
entered June 4, 2010. *Affirmed in part, reversed in part,* and
*remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J. Now published
at 162 Wn. App. 448.